**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

UNITED STATES OF AMERICA        :
                                :        **Case No. 3:20-cr-44 (CAR)**
                                :
MARQUET ANTWAIN BURGESS         :
MATTOX                          :
                                :
   **Defendant**                :

**ORDER APPOINTING STANDBY COUNSEL**

On October 9, 2020, Defendant Marquet Antwain Burgess Mattox appeared before the Court for an arraignment hearing. At that proceeding, Defendant stated his intention to proceed without the assistance of counsel. The Court has scheduled proceedings for an inquiry pursuant to Faretta v. California, 422 U.S. 806 (1975), to take place at a future date.

Despite Defendant's expression of his present intent to waive counsel and represent himself, and over Defendant's objection, the Court finds that the appointment of standby counsel is warranted in this case. The Court finds that Defendant is financially unable to obtain adequate legal representation and eligible for appointed counsel pursuant to provisions of the Criminal Justice Act of 1964, 18 U.S.C. § 3006A, *et seq*.

Accordingly, the Federal Defenders of the Middle District of Georgia, Inc., is hereby appointed to serve as stand-by counsel for the Defendant in this case.

**SO ORDERED**, this the 13th day of October, 2020.

s/ Charles H. Weigle
CHARLES H. WEIGLE
United States Magistrate Judge