United States District Court for

Middle Georgia

475 Mulberry Street

Macon, Georgia

Filed at ___2:49 P M___

___11 /S___, 20 20

_____

DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

United States of America                        )
v.                                              )
MARQUET ANTWAIN BURGESS MATTOX a/k/a             )
MARQUET ANTWAIN BURGESS MATTOX EL a/k/a          )    Case No.    3:20-cr-44-001(CAR)
MARQUET BURGESS MATTOX a/k/a ASIM                )
ASHUNTA EL a/k/a ASIM EL BEY                     )
_____         )
              Defendant                          )

Motion  For Revocation of Detention Order

I, having been entitled to release under 18 USC  3145, motion this court for revocation of the

Order of Detainment and state that I am entitled to be set at liberty regarding the cause 3:20-cr-

44-001 ( CAR).  Further request instruction from the court to whether I  am entitled to any

recovery rights  with regard to the same and that they be determined

promptly along with the revocation of the Order of Detainment  and that instruction for recovery

be construed and given immediately, in the nature of justice and in good faith.

I have followed the rule to the best of my full  knowledge and executed the instructions

pursuant to the United States and its interests and performed to the best of my ability,  fully

conveying  and delivering all granted  property during a time of war ( known as Docket/

Patent application number 3:20-cr-44-001(CAR), and personal property defined as  MARQUET

ANTWAIN BURGESS MATTOX a/k/a MARQUET ANTWAIN BURGESS MATTOX EL  a/k/a

MARQUET BURGESS MATTOX a/k/a  ASIM ASHUNTA EL a/k/a ASIM EL BEY.)  and other

property including the true bill to and for the account of the United States.

I am fully reliant upon 12 USC 2 Sec. 95A  (b)(2), and 50 U.S. Code § 4305 which state:

Any payment, conveyance, transfer, assignment, or delivery of property or interest therein, made to or for the account of the United States, or as otherwise directed, pursuant to this section or any rule, regulation, instruction, or direction issued hereunder shall to the extent thereof be a full acquittence and discharge for all purposes of the obligation of the person making the same; and no person shall be held liable in any court for or in respect to anything done or omitted in good faith in connection with the administration of, or in pursuance of and in reliance on, this section, or any rule, regulation, instruction, or direction issued hereunder.

Therefore based upon the standing laws, and executed duties, it is requested   that this court revoke the detention order permanently and grant any other relief that this court deems just and right.

Executed on: November 3, 2020

Signature: