IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

_____

THE UNITED STATES OF AMERICA    :    3:20-cr-44-CAR

          VS.                   :    October 7, 2020

MARQUET ANTWAIN BURGESS MATTOX :    Macon, Georgia
                    Defendant

_____


TRANSCRIPT OF ARRAIGNMENT/INITIAL APPEARANCE HEARING
BEFORE THE HONORABLE CHARLES H. WEIGLE,
UNITED STATES COURT MAGISTRATE JUDGE


APPEARANCES:

FOR THE GOVERNMENT:        SHANELLE BOOKER, AUSA
                           UNITED STATES ATTORNEY'S OFFICE
                           P. O. BOX 1702
                           MACON, GA 31202-1702


FOR THE DEFENDANT:     PRO SE


_____

                 TAMMY W. DIROCCO, USCR
                      P.O. BOX 539
                  MACON, GA 31202-0539
                    (478-752-3497)

October 7, 2020

3:00 p.m.

Macon, Georgia

                    P R O C E E D I N G S

          THE COURT:  Ms. Hunt, I did ask you to come provide
him with assistance today.  Are you going to be sitting in
with him?

          MS. HUNT:  No, Your Honor.

          THE COURT:  Okay.  All right.

          Mr. Mattox, you can have a seat right there.

          THE DEFENDANT:  With all due respect, my name is
private and protected by the Fourth Amendment.  So I prefer
that you not refer to me as Mr. Mattox, please, sir.

          THE COURT:  I'm going to refer to you by the name
that is on the indictment, Mr. Mattox and we can deal with
that issue later.  But please have a seat.  And you will need
to speak up a little bit.  You're not entirely clear.

          But, before you do that, you probably should let me
speak.  So please have a seat, Mr. Mattox.

          THE DEFENDANT:  My name is private and protected by
the Fourth --

          THE COURT:  Please have a seat.  All right.
Mr. Mattox you are here today because --

          THE DEFENDANT:  My name is private and protected by
the Fourth Amendment.  I am the attorney-in-fact for the

trademark being diluted here today as fully protected by the Lanham Act of 1946, trademark series number 90234471.

THE COURT:  All right.  Very good.  Please have a seat, as I told you, and remain seated and you need to listen to me before you start talking.

MS. BOOKER:  Your Honor, may I ask that he speak in to the microphone for purposes of the record.

THE COURT:  We're going to take a recess.  I'm going to ask that Mr. Mattox be taken into custody by the Marshals Service until we can get some order in my court.

THE DEFENDANT:  My name is private and protected by the Fourth Amendment.

THE COURT:  We're going to take a recess.

CSO OFFICER:  All rise.  This Court is in recess.

(Recess).

CSO OFFICER:  All rise.  This court is now back in session.  Be seated and come to order.

THE COURT:  All right.  We are back in session in case number 3:20-CR-44.  We are here today because a Grand Jury has returned an Indictment that charges you with certain violations of federal law. --

THE DEFENDANT:  With all due respect, I ask that you do not refer --

THE COURT:  -- We're going to go through the charges in that indictment and I'm going to tell you some things about

your rights in the case.

THE DEFENDANT:  With all due respect I ask that you do not refer to me as "you."  You is a trust.  I do not consent to "you" without just cause and compensation.

THE COURT:  All right.  Has Mr. Mattox received a copy of the indictments, Ms. Booker?

THE DEFENDANT:  My name is private and protected by the Fourth Amendment.  I am the attorney-in-fact for the trademark being diluted here today --

MS. BOOKER:  Yes, Your Honor.  I'm going to provide him with a copy now.

THE DEFENDANT:  -- that's protected by the Lanham Act of 1946 trademark number -- trademark series number 90234471.

THE COURT:  All right.  The government has provided you a copy of the indictment and that list the charges in this case.

Ms. Booker would you state for the record what the charges are in this indictment, please.

THE DEFENDANT:  Your Honor, you are -- it is understood that this obligation has been conveyed back to the United States.

MS. BOOKER:  Your Honor, he is charged in 20 different counts in the Indictment.  Counts 1 through 9 alleged wire fraud --

THE DEFENDANT:  This is an obligation -- Your Honor, this is an obligation --

MS. BOOKER:  -- in violation of Title 18, United States Code, Section 1343.

Specifically on page 4 of the Indictment it alleges nine different transactions wherein Mr. Mattox is alleged to have committed wire transmissions related to tax returns, Form 1041.  Counts 10 through 19 charge Mr. Mattox with false claims against the --

THE DEFENDANT:  Object.

MS. BOOKER:  -- United States government --

THE DEFENDANT:  Object.  Hearsay.

MS. BOOKER:  -- in violation of Title 18, United States Code --

THE DEFENDANT:  Object.  Hearsay.

MS. BOOKER:  -- Section 287.

THE DEFENDANT:  Object.  Hearsay.

MS. BOOKER:  On page 5 of the indictment there is a --

THE DEFENDANT:  Object.  Hearsay.

THE COURT:  (Gavel used at this time.)  If you open your mouth one more time while the government is talking I'm going to have you held in contempt and taken into custody.  Do you understand me?

THE DEFENDANT:  I ask that you do not refer to me as

"you."  You is a trust and I do not consent to "you" without just cause and compensation.  My name is private and protected by the Fourth Amendment.  I am the attorney -- for the third time I am the attorney-in-fact for the trademark being diluted here today that is protected by the Lanham Act, 1946 trademark series number 90234471.

Your Honor, you -- it is -- an understanding that -- this obligation has been conveyed back to the United States. And being conveyed back to the United States -- being conveyed --

THE COURT:  Ms. Booker, if you would continue reading those charges.  I remind you Mr. Mattox, "you" that if you continue --

THE DEFENDANT:  My name is private --

THE COURT:  -- talking while I am talking or while the government is talking I will have you held in contempt and taken into custody.

THE DEFENDANT:  I ask that you do not refer to me as "you."

MS. BOOKER:  Counts 10 through 19 allege false claims against the United States --

THE DEFENDANT:  Object.  Hearsay. --

MS. BOOKER:  -- government in violation of Title --

THE DEFENDANT:  Object.  Hearsay.

MS. BOOKER:  --  18, United States Code, Section --

THE DEFENDANT:  Object.  Hearsay.

MS. BOOKER:  -- 287.  Counts 10 through 19 are alleged on page 5 --

THE DEFENDANT:  Object.  Hearsay.

MS. BOOKER:  -- of the indictment in the table.

THE DEFENDANT:  Object.  Hearsay.

MS. BOOKER:  Each count has the date --

THE COURT:  (Gavel used at this time).  All right.

I'm going to hold you in contempt, Mr. Mattox.  I have warned you multiple times not to speak while the government's attorney is speaking.  And I have --

THE DEFENDANT:  My name is private and protected by the Fourth Amendment.

THE COURT:  -- told you to sit down and you have refused to sit down.  I told you to be quiet --

THE DEFENDANT:  My name is private and protected by the Fourth Amendment.

THE COURT:  -- and you have refused to be quiet.

THE DEFENDANT:  I am the attorney-in-fact for the trademark being diluted here today.

THE COURT:  Therefore I am holding you in contempt at this time.  I'm going to direct that the United States Marshals Service take you into custody.

We will continue this hearing until Friday afternoon at 2:30.  We will come back at that time to continue the

initial appearance at that time.

We will be in recess while the Marshals Service takes the Defendant into custody.

CSO OFFICER:  This court is in recess.

(Recess)

CERTIFICATE OF OFFICIAL REPORTER

I, Tammy W. DiRocco, Federal Official Court Reporter, in and for the United States District Court for the Middle District of Georgia, do hereby certify that the foregoing is a true and correct transcript to the best of my knowledge and ability from the digitally recorded recording provided in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Dated this 21st day of May, 2021

*Tammy W. DiRocco*

_____
Tammy W. DiRocco CCR
Federal Official Court Reporter

Tammy W. DiRocco * Federal Reporter * 478-752-2607