**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**MARQUET ANTWAIN BURGESS**<br>**MATTOX,**<br>**aka MARQUET ANTWAIN**<br>**BURGESS MATTOX EL,**<br>**aka MARQUET BURGESS**<br>**MATTOX,**<br>**aka ASIM ASHUNTA EL,**<br>**aka ASIM EL BEY,**<br><br>**Defendant.** | **CASE NO.  3:20-CR-44-CAR-CHW**<br><br>GOVERNMENT EXHIBIT INDEX<br>AND WITNESS LIST |

**GOVERNMENT ANTICIPATED EXHIBIT INDEX**

The United States anticipates introducing the following exhibits in its case in chief:

| Exhibit Number | Description | Bates Numbers |
|---|---|---|
| **Exh. 1** | Photos of House at 1054 Morgan Garner Drive, Lilburn, Georgia | USAO_027007; USAO_027046 |
| **Exh. 2** | Closing Documents for Sale of House at 1054 Morgan Garner Drive, Lilburn, Georgia | 028937 through 028939; 028941 through 028942; 028946; 028956 through 028957; 028967 through 028968; 029016 through 029027; 028936 |
| **Exh. 3-1** | 2015 Form 1041 for Kemahra Investment Trust dated Sept. 10, 2016 (DLN x9306) | USAO-030147 through USAO-030156 |
| **Exh. 3-2** | 2015 Form 1041 for Kemahra Investment Trust dated Nov. 7, 2017 (DLN x1007) | USAO-029300 through USAO-029307 |
| **Exh. 3-3** | 2015 Form 1041 for Kemahra Investment Trust dated Aug. 10, 2018 (DLN x4118) | USAO-029308 through USAO-029319 |
| **Exh. 3-4** | 2016 Form 1041 for Kemahra Investment Trust dated Mar. 2, 2017 (DLN x1357) | USAO-030175 through USAO-030184 |
| **Exh. 3-5** | 2016 Form 1041 for Kemahra Investment Trust dated Nov. 18, 2017 (DLN x7037) | USAO-030160 through USAO-030171 |
| **Exh. 3-6** | 2015 Form 1041 for Burgess Mattox Bey Investment Trust dated Sept. 22, 2016 (DLN x6146) | USAO-029216 through USAO-029225 |

1

| Exh. 3-7 | 2015 Form 1041 for Burgess Mattox Bey Investment Trust dated Nov. 7, 2017 (DLN x1017) | USAO-029196 through USAO-029203 |
|---|---|---|
| Exh. 3-8 | 2015 Form 1041 for Burgess Mattox Bey Investment Trust dated Aug. 10, 2018 (DLN x0048) | USAO-029204 through USAO-029215 |
| Exh. 3-9 | 2016 Form 1041 for Burgess Mattox Bey Investment Trust dated Nov. 18, 2017 (DLN x9047) | USAO-029226 through USAO-029237 |
| Exh. 3-10 | 2015 Form 1041 for Burgess Mattox Bey Trust dated Jan. 13, 2017 (DLN x4007) | USAO-029657 through USAO-029690 |
| Exh. 3-11 | 2015 Form 1041 for Burgess Mattox Bey Trust dated May 31, 2017 (DLN x9017) | USAO-029635 through USAO-029656 |
| Exh. 3-12 | 2016 Form 1041 for Burgess Mattox Bey Trust dated Sept. 22, 2017 (DLN x5537) | USAO-029371 through USAO-029379 |
| Exh. 3-13 | 2016 Form 1041 for Burgess Mattox Bey Trust dated Nov. 17, 2017 (DLN x1027) | USAO-029380 through USAO-029391 |
| Exh. 3-14 | 2016 Form 1041 for Burgess Mattox Bey Trust dated Feb. 8, 2018 (DLN x9018) | USAO-029398 through USAO-029412 |
| Exh. 3-15 | 2016 Form 1041 for Burgess Mattox Bey Trust dated Aug. 7, 2019 (DLN x1079) | USAO-029392 through USAO-029397 |
| Exh. 3-16 | 2015 Form 1041 for Marquet Antwain Burgess Mattox Trust dated April 4, 2017 (DLN x3027) | USAO-029691 through USAO-029708 |
| Exh. 3-17 | 2015 Form 1041 for Marquet Antwain Burgess Mattox Trust dated Aug. 3, 2017 (DLN x6007) | USAO-029571 through USAO-029412 |
| Exh. 3-18 | 2015 Form 1041 for Marquet Antwain Burgess Mattox Trust dated Feb. 7, 2018 (DLN x4158) | USAO-029595 through USAO-029610 |
| Exh. 3-19 | 2016 Form 1041 for Marquet Antwain Burgess Mattox Trust dated Aug. 4, 2017 (DLN x2217) | USAO-030104 through USAO-030112 |
| Exh. 3-20 | 2016 Form 1041 for Marquet Antwain Burgess Mattox Trust dated Nov. 18, 2017 (DLN x0057) | USAO-030113 through USAO-030124 |
| Exh. 3-21 | 2016 Form 1041 for Kamili Investment Trust dated Sept. 21, 2017 (DLN x1777) | USAO-029709 through USAO-029726 |
| Exh. 3-22 | 2016 Form 1041 for Kamili Investment Trust dated Nov. 17, 2017 (DLN x1007) | USAO-029727 through USAO-029750 |
| Exh. 3-23 | 2016 Form 1041 for Kamilya Investment Trust dated Sept. 22, 2017 (DLN x6187) | USAO-029793 through USAO-029810 |
| Exh. 3-24 | 2016 Form 1041 for Kamilya Investment Trust dated Nov. 17, 2017 (DLN x0037) | USAO-029811 through USAO-029834 |
| Exh. 3-25 | 2016 Form 1041 for Kamilya Investment Trust dated Feb. 7, 2018 (DLN x4208) | USAO-029835 through USAO-029860 |
| Exh. 3-26 | 2016 Form 1041 for Marshana El Investment Trust dated Jan. 17, 2018 (DLN x3048) | USAO-029356 through USAO-029367 |
| Exh. 3-27 | 2016 Form 1041 for Asim El Bey Trust dated Jan. 17, 2018 (DLN x4268) | USAO-029334 through USAO-029345 |
| Exh. 3-28 | 2016 Form 1041 for Nwatson Trust dated Jan. 17, 2018 (DLN x0308) | USAO-029769 through USAO-029792 |
| Exh. 3-29 | 2016 Form 1041 for Nycholas Kemahra Mattox El dated Jan. 17, 2018 (DLN x1138) | USAO-029247 through USAO-029258 |
| Exh. 3-30 | 2016 Form 1041 for Watson El Trust dated Jan. 18, 2018 (DLN x6418) | USAO-029259 through USAO-029270 |

| Exh. 3-31 | 2016 Form 1041 for Watson El Trust dated Feb. 27, 2018 (DLN x3018) | USAO-030125 through USAO-030134 |
|---|---|---|
| Exh. 3-32 | 2016 Form 1041 for Eric Marice Baldwin El Trust dated Jan. 18, 2018 (DLN x9278) | USAO-029413 through USAO-029424 |
| Exh. 3-33 | 2015 Account Transcript for Kemahra Investment Trust | USAO-029435 through USAO-029437 |
| Exh. 3-34 | 2016 Account Transcript for Kemahra Investment Trust | USAO-029440 through USAO-029442 |
| Exh. 3-35 | 2015 Account Transcript for Burgess Mattox Bey Investment Trust | USAO-029320 through USAO-029323 |
| Exh. 3-36 | 2016 Account Transcript for Burgess Mattox Bey Investment Trust | USAO-029368 through USAO-029370 |
| Exh. 3-37 | 2015 Account Transcript for Burgess Mattox Bey Trust | USAO-029438 through USAO-029439 |
| Exh. 3-38 | 2016 Account Transcript for Burgess Mattox Bey Trust | USAO-029445 through USAO-029447 |
| Exh. 3-39 | 2015 Account Transcript for Marquet Antwain Burgess Mattox Trust | USAO-030017 through USAO-030022 |
| Exh. 3-40 | 2016 Account Transcript for Marquet Antwain Burgess Mattox Trust | USAO-027545 through USAO-027546 |
| Exh. 3-41 | 2016 Account Transcript for Kamili Investment Trust | USAO-030037 through USAO-030042 |
| Exh. 3-42 | 2016 Account Transcript for Kamilya Investment Trust | USAO_027531 through USAO_027532 |
| Exh. 3-43 | 2016 Account Transcript for Marshana El Investment Trust | USAO-029491 through USAO-029493 |
| Exh. 3-44 | 2016 Account Transcript for Asim El Bey Trust | USAO_027509 through USAO_027510 |
| Exh. 3-45 | 2016 Account Transcript for Nwatson Trust | USAO-030031 through USAO-030036 |
| Exh. 3-46 | 2016 Account Transcript for Nycholas Kemahra Mattox El | USAO-030172 through USAO-030174 |
| Exh. 3-47 | 2016 Account Transcript for Watson El Trust | USAO-029494 through USAO-029496 |
| Exh. 3-48 | 2016 Account Transcript for Eric Marice Baldwin El | USAO-029448 through USAO-029450 |
| Exh. 3-49 | 2003 Account Transcript for Marquet A. Mattox | USAO-030043 through USAO-030046 |
| Exh. 3-50 | 2004 Account Transcript for Marquet A. Mattox | USAO-030047 through USAO-030049 |
| Exh. 3-51 | 2005 Account Transcript for Marquet A. Mattox | USAO-030050 through USAO-030051 |
| Exh. 3-52 | 2006 Account Transcript for Marquet A. Mattox | USAO-030052 through USAO-030053 |
| Exh. 3-53 | 2007 Account Transcript for Marquet A. Mattox | USAO-030054 through USAO-030055 |
| Exh. 3-54 | 2008 Account Transcript for Marquet A. Mattox | USAO-030056 through USAO-030057 |
| Exh. 3-55 | 2009 Account Transcript for Marquet A. Mattox | USAO-030058 through USAO-030059 |
| Exh. 3-56 | 2010 Account Transcript for Marquet A. Mattox | USAO-030060 through USAO-030061 |
| Exh. 3-57 | 2011 Account Transcript for Marquet A. Mattox | USAO-030062 through USAO-030063 |
| Exh. 3-58 | 2012 Account Transcript for Marquet A. Mattox | USAO-030064 through USAO-030065 |
| Exh. 3-59 | 2013 Account Transcript for Marquet A. Mattox | USAO-030066 through USAO-030067 |
| Exh. 3-60 | 2014 Account Transcript for Marquet A. Mattox | USAO-030068 through USAO-030070 |
| Exh. 3-61 | 2015 Account Transcript for Marquet A. Mattox | USAO-030071 through USAO-030073 |
| Exh. 3-62 | 2016 Account Transcript for Marquet A. Mattox | USAO-030074 through USAO-030076 |
| Exh. 3-63 | 2017 Account Transcript for Marquet A. Mattox | USAO-030077 through USAO-030079 |

3

| | | |
|---|---|---|
| **Exh. 3-64** | 2018 Account Transcript for Marquet A. Mattox | USAO-030080 through USAO-030081 |
| **Exh. 3-65** | 2019 Account Transcript for Marquet A. Mattox | USAO-030082 through USAO-030083 |
| **Exh. 3-66** | 2020 Account Transcript for Marquet A. Mattox | USAO-030084 through USAO-030085 |
| **Exh. 3-67** | 2016 Penalty Account Transcript for Kemahra Investment Trust | USAO-029443 through USAO-029444 |
| **Exh. 3-68** | 2016 Penalty Account Transcript for Burgess Mattox Bey Investment Trust | USAO-029245 through USAO-029246 |
| **Exh. 3-69** | 2015 Penalty Account Transcript for Marquet Antwain Burgess Mattox Trust | USAO-030023 through USAO-030026 |
| **Exh. 3-70** | 2015 BMFOLP for Kemahra Investment Trust | USAO-030192 through USAO-030193 |
| **Exh. 3-71** | 2016 BMFOLP for Kemahra Investment Trust | USAO-030092 through USAO-030093 |
| **Exh. 3-72** | 2015-2016 BMFOLP for Burgess Mattox Bey Investment Trust | USAO-030090 through USAO-030091 |
| **Exh. 3-73** | 2015-2016 BMFOLP for Burgess Mattox Bey Trust | USAO-029531 through USAO-029534 |
| **Exh. 3-74** | 2015 BMFOLP for Marquet Antwain Burgess Mattox Trust | USAO-029527 through USAO-029530 |
| **Exh. 3-75** | 2016 BMFOLP for Marquet Antwain Burgess Mattox Trust | USAO-030194 through USAO-030195 |
| **Exh. 3-76** | 2016 BMFOLP for Kamili Investment Trust | USAO-029535 through USAO-029538 |
| **Exh. 3-77** | 2016 BMFOLP for Kamilya Investment Trust | USAO-029547 through USAO-029550 |
| **Exh. 3-78** | 2016 BMFOLP for Marshana El Investment Trust | USAO-030094 through USAO-030095 |
| **Exh. 3-79** | 2016 BMFOLP for Asim El Bey Trust | USAO-029543 through USAO-029546 |
| **Exh. 3-80** | 2016 BMFOLP for Nwatson Trust | USAO-030098 through USAO-030099 |
| **Exh. 3-81** | 2016 BMFOLP for Nycholas Kemahra Mattox El | USAO-030088 through USAO-030089 |
| **Exh. 3-82** | 2016 BMFOLP for Watson El Trust | USAO-029539 through USAO-029542 |
| **Exh. 3-83** | 2016 BMFOLP for Eric Marice Baldwin El | USAO-030086 through USAO-030087 |
| **Exh. 3-84** | IMFOLP for Marquet A. Mattox (2002-2021) | USAO-029865 through USAO-029868 |
| **Exh. 3-85** | Refund Check ($9,992.97) issued Nov. 15, 2016 to Kemahra Investment Trust | USAO-030011 through USAO-030016 |
| **Exh. 3-86** | Refund Check ($325,408.97) issued Nov. 15, 2016 to Burgess Mattox Bey Investment Trust | USAO-029869 through USAO-029874 |
| **Exh. 3-87** | Refund Check ($2,571,783.77) issued Feb. 27, 2018 to Burgess Mattox Bey Investment Trust | USAO-029947 through USAO-029950 |
| **Exh. 3-88** | Refund Check ($2,106,706.61) issued Dec. 4, 2018 to Marshana El Investment Trust | USAO-029951 through USAO-029956 |
| **Exh. 4-1** | Summary Chart of Forms 1041, U.S. Income Tax Returns for Estates and Trusts | USAO-030187 through USAO-030188 |
| **Exh. 4-2** | Demonstrative Chart of Selected Forms 1041, U.S. Income Tax Returns for Estates and Trusts | USAO-030189 |
| **Exh. 5** | Charter Communications Subscriber Records | 028666 through 028669 |
| **Exh. 6** | Wells Fargo bank account records for Kemahra Investment Trust (x5797) | 028179 through 028182; 028439 through 028448; 028111 through 028112; 028050 |

4

| | | |
|---|---|---|
| **Exh. 7** | Wells Fargo bank account records for Kemahra Investment Trust (x2515) | 028172 through 028174; 028231 through 028277; 028586 through 028612; 028060 through 028065; 028539 through 028544 |
| **Exh. 8-1** | Signature cards and statements for Wells Fargo bank account for Burgess Mattox Bey Investment Trust (x4976) | 028581 through 028585; 028580; 028285 through 028438; 028613 through 028664 |
| **Exh. 8-2** | Deposit items and checks for Wells Fargo bank account for Burgess Mattox Bey Investment Trust (x4976) | 028070 through 028110; 028545 through 028548; 027881 through 028049; 028498 through 028538 |
| **Exh. 8-3** | Photos of Defendant conducting transactions for Wells Fargo bank account for Burgess Mattox Bey Investment Trust (x4976) | 028569 through 028573 |
| **Exh. 9** | Wells Fargo bank account records for Burgess Mattox Bey Investment Trust (x3495) | 028156 through 028160; 028278 through 028284; 028068 through 028069; 027880 |
| **Exh. 10** | Wells Fargo bank account records for Burgess Mattox Bey Trust (x2507) | 028153 through 028155; 028187 through 028230; 028054 through 028059 |
| **Exh. 11** | Wells Fargo bank account records for Marshana El Investment Trust (x7200) | 029157 through 029181 |
| **Exh. 12** | Wells Fargo bank account records for Nwatson Trust (x9119) | 028184 through 028186; 028449 through 028488; 028113 through 028128; 028051 through 028053 |
| **Exh. 13** | Classic Cadillac records related to purchase of 2018 Cadillac Escalade | 028693; 028730 through 028731; 028717; 028692; 028734; 028686; 028677; 028676 |
| **Exh. 14** | Photos of 2018 Cadillac Escalade | USAO_027005 through USAO_027006 |
| **Exh. 15-1** | Demonstrative Chart of Deposits into Bank Accounts | USAO-030190 |
| **Exh. 15-2** | Demonstrative Chart of Proceeds | USAO-030191 |
| **Exh. 16** | Haverty's Furniture records related to Marquet Burgess Mattox El | 028837 through 028839; 028773; 028840 through 028863; 028865 through 028872; 028899 through 028900; 028761 through 028763; 028759 |
| **Exh. 17** | UPS Mailbox Service Agreement records | USAO_027675 through USAO_027679; USAO_027672 |

**ANTICIPATED GOVERNMENT CASE-IN-CHIEF WITNESSES**

The Government anticipates calling the following witnesses in its case in chief:

Jeron Clark

Nathalie Clarke

Susan Freeman

Kevin Kiethley

Renee McClain

Hannah Nguyen

The Government may call the following (or other equivalently qualified) Records Custodians if required:

Laviana Dudley

Lynn Forte

John H. Hollingsworth

ShaRayne Jackson

Robert Persky

Lee Siong

Barbara Stroud

Jacqueline Y. Thomas

## CERTIFICATE OF SERVICE

I, Lyndie M. Freeman, hereby certify that on the 9th day of August, 2021, I filed the within and foregoing ***Government's Exhibit Index and Anticipated Witness List*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record and that I thereafter mailed a true and correct copy of the same, along with a paper copy of anticipated exhibits, with proper postage affixed thereon to as follows:

> Marquet Mattox
> Butts County Detention Center
> 835 Ernest Biles Drive
> Jackson, GA 30233

Additionally, paper copies of the anticipated exhibits have been delivered to the Court as requested.

> PETER D. LEARY
> ACTING UNITED STATES ATTORNEY
>
> */s/ Lyndie M. Freeman*
> LYNDIE M. FREEMAN
> ASSISTANT UNITED STATES ATTORNEY
> Georgia Bar No. 119499
> United States Attorney's Office
> Middle District of Georgia
> Post Office Box 1702
> Macon, Georgia 31202
> Telephone: (478) 752-3511
> Email: lyndie.freeman@usdoj.gov